**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIEL GORDON MEYER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64024

**FILED**

OCT 0 1 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a proper person notice of appeal from a purported judgment of conviction. Eighth Judicial District Court, Clark County; James M. Bixler, Judge.

We lack jurisdiction to consider this appeal because appellant has not yet been sentenced; only his guilty plea agreement has been filed. We conclude that appellant's notice of appeal is premature, and we dismiss this appeal without prejudice to appellant's right to file a timely appeal from a final, written judgment. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:   Hon. James M. Bixler, District Judge
Daniel Gordon Meyer
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-29218